# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:05cr6

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>RICHARD ELSEA, JR. ) | **ORDER** |

**THIS MATTER** is before the Court upon Defendant's Motion for a Continuance (Doc. No. 14) of the above captioned case from the July 18, 2005 trial calendar.

Upon consideration of the Defendant's Motion, the Court finds no good cause has been shown to continue the trial.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Continue is hereby **DENIED.** The Court will set the above captioned case for trial later in the criminal term.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: July 18, 2005**

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge